# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS FRANZWA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP,<br><br>Defendant. | Case No.: 1:26-cv-00881 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, ALEXIS FRANZWA ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that she is voluntarily dismissing her individual claims against the Defendant, FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, without prejudice.

Dated: February 14, 2026

Respectfully submitted,

By: */s/ Courtney Maccarone*
Courtney Maccarone, NY Bar No. 5030150
Jeff Ostrow (*pro hac vice* application forthcoming)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
maccarone@kolawyers.com
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Courtney Maccarone*
Courtney Maccarone

4927-1371-6342, v. 1